UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

JAWAD SEBRING, LLC and
HAVANA RESTAURANT & BAKERY
CORP,
    Defendants.

Case No.: 23-cv-14304-AMC

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, JAWAD SEBRING, LLC and HAVANA RESTAURANT & BAKERY CORP, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Joshua Keith Brown
Joshua Keith Brown (FBN: 657573)
   *Attorney for Defendants*
PETERSON & MYERS, P.A.
P.O. Box 24628
Lakeland, FL 33802-4628
(863) 683-6511
JBrown@PetersonMyers.com